USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REBECCA MCKINNON, CLAIRE LARBEY, :
DANIEL PARKE, IRENE CARIAS, :
JAKE RABOY, JAMES MCGUINNES, :
NICOLA PORTER-SMITH, and :           1:20-cv-01892-GHW
JOHN LITTLE, on behalf of themselves and :
all others similarly situated, :           ORDER
                                :
                     Plaintiffs, :
                                :
         -against-              :
                                :
TOUGH MUDDER INCORPORATED and :
TOUGH MUDDER EVENT PRODUCTION :
INCORPORATED, :
                                :
                     Defendants. :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on March 3, 2020.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b).  Additionally, Plaintiffs' counsel is directed to promptly file a notice of appearance in this case.  The parties are directed to file a joint status letter no later than March 19, 2020.  In the event that Defendants expect to move to transfer this matter to the District of Delaware, the parties are directed to describe their respective positions regarding a potential transfer in the joint letter.

      Defendants are directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: March 5, 2020
New York, New York

                                                                           _____
                                                                          GREGORY H. WOODS
                                                                    United States District Judge